IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                                  Case No.: 3:12-CR-139

vs.

JOSHUA E. KNISLEY,                      Judge Thomas M. Rose
                                                        Magistrate Judge Michael J. Newman

       Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 51)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 51), to whom this case was referred pursuant to 18 U.S.C. § 3664(d)(6) and Fed. R. Crim. P. 59.  Noting that no objections have been filed thereto and, further, that the time for filing such objections under Fed. R. Crim. P. 59(b)(2) has expired, and having also conducted a *de novo* review of the record as required by 18 U.S.C. § 3664(d)(6), the Court hereby **ADOPTS** said Report and Recommendation in full.  The Court will issue an Amended Judgment in a Criminal Case incorporating the Magistrate Judge's restitution determination.

    **IT IS SO ORDERED.**

Date: April 14, 20                                  *s/Thomas M. Rose
                                                    _____
                                                           Thomas M. Rose
                                                   United States District Judge